the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harry D. Williams* and *Lawrence G. Williams* for Niagara Falls Gas & Electric Light Co. *Messrs. Alan V. Parker* and *John J. Bennett, Jr.,* for U. S. Light & Heat Corp. et al. *Mr. Basil Robillard* for City of Niagara Falls. *Mr. Charles G. Blakeslee* for Prendergast et al.

No. 951. SHORE *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Wm. E. Leahy* and *James F. Reilly* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 957. HENRY H. CROSS CO. *v.* RICE, TRUSTEE. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Louis L. Dent* for petitioner. *Messrs. Ben F. Heaton* and *Dan C. Flanagan* for respondent.

No. 969. BROWNS' "SHAMROCK" LINENS, LTD., *v.* BOWERS, EXECUTOR. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Thomas G. Haight* and *Robert H. Montgomery* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, W. Cutler Thompson,* and *Paul D. Miller* for respondent.